FILED 11 DEC '24 11:49 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00454-AN |
| v. | INDICTMENT |
| | 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) |
| SANTOS BARRIENTOS-ALVARENGA; | |
| CRISTHOFER BARRIENTOS-MEDINA; | FORFEITURE ALLEGATION |
| Defendants. | |

### THE GRAND JURY CHARGES:

### COUNT 1
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(vi))**

On or about May 2, 2024, in the District of Oregon, **SANTOS BARRIENTOS-ALVARENGA** and **CRISTHOFER BARRIENTOS-MEDINA** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

### FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, defendants **SANTOS BARRIENTOS-ALVARENGA** and **CRISTHOFER BARRIENTOS-MEDINA** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any

**Indictment**  **Page 1**

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including $9,081.00 in U.S. currency.

## SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: December 11, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney